## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Susan Gallick, Jonathan Post,

       Plaintiffs,                  Civil No. 08-2052 (RHK/JSM)

vs.                               **DISQUALIFICATION AND**
                                   **ORDER FOR REASSIGNMENT**
Wyeth, Inc., Wyeth Pharmaceuticals,
Inc.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 13, 2008

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge